FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 21  PM 12: 28

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEVIN SANTIAGO #294597 | CIVIL ACTION |
| VERSUS | NO. 04-1127 |
| BURL CAIN, WARDEN | SECTION "S" (3) |

### ORDER AND REASONS

The court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objection thereto, hereby overrules petitioner's objection and adopts the Magistrate Judge's Report and Recommendation as its opinion. Accordingly, for the reasons assigned by the Magistrate Judge,

**IT IS ORDERED** that the petition of Kevin Santiago for federal *habeas corpus* relief is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 21st day of July, 2005.

Mary Ann Vial Lemmon
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____